## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LOIS MCCRAY,** | * |
| Plaintiff | * |
| v. | * Case No.: RWT 09cv3368 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | * |
| Defendant. | * |

## **ORDER**

Plaintiff commenced this action on September 17, 2009, ECF. No. 1, and filed a Return of Service on January 13, 2010, ECF No. 3. However, there has been no further activity in this case. Plaintiff has not filed a motion for entry of default, and it appears that any such motion would be inappropriate because Plaintiff did not serve a copy of the summons and complaint by restricted delivery, as required by Maryland Rule 2-121(a).

Pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 103.8.a, the Court shall therefore order that Plaintiff show cause why the complaint should not be dismissed for failure to effect service of process. *See* Fed. R. Civ. P. 4(m); L.R. 103.8.a. If Plaintiff fails to show cause on or before August 26, 2010, the Court shall dismiss the complaint without prejudice. *See id.*

Accordingly, it is this 13th day of August, 2010, by the United States District Court for the District of Maryland,

**ORDERED,** that Plaintiff **SHOW CAUSE** on or before August 26, 2010 why the complaint should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

                              /s/
                            ROGER W. TITUS
                    UNITED STATES DISTRICT JUDGE