IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| LOIS MCCRAY, | ) |
| | ) Case No. 8:09-cv-03368 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **NOTICE OF DISMISSAL** |
| PORTFOLIO RECOVERY | ) |
| ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

Now comes the Plaintiff, LOIS MCCRAY, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

Respectfully submitted,

_____/s/_____
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 712 (phone)
(866) 382-0092 (facsimile)
Mitch@LuxenburgLevin.com

"APPROVED" THIS 26th of August '12

Roger W. Titus
UNITED STATES DISTRICT JUDGE